# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA and ) <br> EMCASCO INSURANCE COMPANY,  ) <br>                                   ) <br>    Plaintiffs,                   ) <br>                                   ) <br> v.                                ) <br>                                   ) <br> GOODGAME COMPANY, INC.;            ) <br> TRUSSELL, FUNDERBURG, REA,        ) <br> & BELL, P.C.; and ERSKINE         ) <br> FUNDERBURG,                       ) <br>                                   ) <br>    Defendants.                    ) | Case No. 1:19-cv-00302-SGC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this action, by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice with each Party to bear its/his own attorney's fees and costs.

Respectfully submitted,

*/s/ Michelle L. Crunk*

John W. Dodson           (ASB-9724-d65J)
Michelle L. Crunk        (ASB-2967-i71C)
*Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.*

OF COUNSEL:
DODSON GREGORY, LLP
Post Office Box 530725
Birmingham, Alabama 35253-0725
Telephone: (205) 834-9170
Facsimile: (205) 278-8718
jwd@dodsongregory.com
mlc@dodsongregory.com

_____
H.C. Ireland, III          (ASB-9915-d66H)
James Michael Cooper   (ASB-6353-p79J)
*Attorneys for EMCASCO Insurance Company*

OF COUNSEL:
PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, PA
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242-4821
Telephone: (205) 980-5000
Facsimile: (205) 980-5001
hci@phm-law.com
jmc@phm-law.com

_____
Augusta S. Dowd         (ASB-5274-d58A)
Katherine R. Brown      (ASB-4963-n77R)
W. Chambers Waller, IV  (ASB-9424-x15S)
*Attorneys for Goodgame Company, Inc.,
Trussell, Funderburg, Rea, & Bell, P.C., and
Erskine Funderburg*

OF COUNSEL:
WHITE ARNOLD & DOWD P.C.
2025 3rd Avenue North
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
adowd@whitearnolddowd.com
kbrown@whitearnolddowd.com
cwaller@whitearnolddowd.com

OF COUNSEL:
DODSON GREGORY, LLP
Post Office Box 530725
Birmingham, Alabama 35253-0725
Telephone: (205) 834-9170
Facsimile: (205) 278-8718
jwd@dodsongregory.com
mlc@dodsongregory.com

                                        _____
                                        H.C. Ireland, III      (ASB-9915-d66H)
                                        James Michael Cooper  (ASB-6353-p79J)
                                        *Attorneys for EMCASCO Insurance Company*

OF COUNSEL:
PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, PA
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242-4821
Telephone: (205) 980-5000
Facsimile: (205) 980-5001
hci@phm-law.com
jmc@phm-law.com

                              /s/ Katherine R. Brown
                              Augusta S. Dowd      (ASB-5274-d58A)
                              Katherine R. Brown   (ASB-4963-n77R)
                              W. Chambers Waller, IV (ASB-9424-x15S)
                              *Attorneys for Goodgame Company, Inc.,*
                              *Trussell, Funderburg, Rea, & Bell, P.C., and*
                              *Erskine Funderburg*

OF COUNSEL:
WHITE ARNOLD & DOWD P.C.
2025 3rd Avenue North
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
adowd@whitearnolddowd.com
kbrown@whitearnolddowd.com
cwaller@whitearnolddowd.com