# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

NATIONAL UNION FIRE           )
INSURANCE COMPANY OF          )
PITTSBURGH PA, et al.,        )
                              )
    Plaintiffs,              )
                              )   Case No.: 1:19-cv-00302-SGC
v.                            )
                              )
GOODGAME COMPANY, INC., et    )
al.,                          )
                              )
    Defendants.

## ORDER OF DISMISSAL

On September 5, 2019, the parties filed a joint stipulation of dismissal in the above-captioned matter. (Doc. 42). Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs. FED. R. CIV. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 6th day of September, 2019.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE